UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | CRIMINAL ACTION H-08-186 |
| EDRAS ELY VILLATORRO RAMIREZ *in custody* | § | |

### Order

Pending before this Court is defendant's motion to dismiss the indictment based on improper venue. *See* Dkt. 15. The Government filed its response on May 5, 2008; it is unopposed to the dismissal. *See* Dkt. 16. After reviewing the motion and the government's response it is ORDERED that the indictment against the defendant is DISMISSED.

Signed at Houston, Texas on May 8, 2008.

_____
Gray H. Miller
United States District Judge